■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN VANSTEEN, Appellant. [30 NYS3d 887]—Appeal by the defendant from an order of the County Court, Suffolk County (Kahn, J.), dated May 15, 2015, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

After a hearing conducted pursuant to the Sex Offender Registration Act (*see* Correction Law art 6-C), the defendant, who was convicted of possessing a sexual performance by a child less than 16 years of age, in violation of Penal Law § 263.16, was properly assessed points based upon the fact that his victims were strangers to him, and based upon the number of victims (*see People v Gillotti*, 23 NY3d 841, 859 [2014]; *People v Morel-Baca*, 127 AD3d 833 [2015]). Moreover, his application for a downward departure from his presumptive risk level was properly denied (*see People v Stewart*, 123 AD3d 784 [2014]; *People v Pendleton*, 112 AD3d 600, 601 [2013]). Leventhal, J.P., Chambers, Hinds-Radix and Connolly, JJ., concur.